**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

EMMETT COLLINS III,                                           No. C 08-2522 MEJ

12

          Plaintiff(s),

13

   vs.                                                      **NOTICE OF REFERRAL**

14

COUNTY OF ALAMEDA, et al.,

15

          Defendant(s).

16
                                          /

17
18

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19

      Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena

20

James for all purposes including trial and entry of judgment.  All future filings shall reflect the

21

initials "MEJ" after the case number, as designated above.  Please conform your filings  accordingly.

22

The Northern District of California Revised Civil Local Rules shall apply to this case.  Copies of

23

these rules may be obtained in the District Court Clerk's's Office, 16th Floor, 450 Golden Gate

24

Avenue, San Francisco, California.  The parties shall comply with Judge James' standing order

25

regarding discovery and dispute procedures, a copy of which may be obtained from the Northern

26

District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the

27

"Judges" tab on the left margin, then choose Magistrate Judge James.

28

1      Finally, when filing papers that require the Court to take any action (e.g. motions, meet and

2  confer letters, administrative requests), the parties shall, in addition to filing papers electronically,

3  lodge with chambers a printed copy of the papers by noon of the next court day following the day

4  the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall

5  be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James,"

6  the case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document

7  with the Clerk's Office that has already been filed electronically.

8      **IT IS SO ORDERED.**

9

10  Dated: October 15, 2008                                    _____

11                                                          MARIA-ELENA JAMES
                                                            United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2

**United States District Court**
For the Northern District of California