IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT COLLINS, III, | No. C-08-02522 MEJ (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| COUNTY OF ALAMEDA ET AL, | |
| Defendant. | |

By letter dated January 26, 2009, the parties request that the settlement conference set for March 4, 2009 be vacated. By February 11, 2009, the parties shall file a joint update regarding the Board of Supervisors' approval of the settlement. If it has been approved, the Court will vacate the settlement conference.

**IT IS SO ORDERED.**

Dated: January 27, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge