United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMETT COLLINS, III,

    Plaintiff,

  v.

COUNTY OF ALAMEDA, et al.,

    Defendants.
_____/

No. C- 08-02522 MEJ (EDL)

ORDER VACATING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for March 4, 2009 is VACATED.

Dated: February 11, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge