Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, DEPUTY R. PECK
and DEPUTY S. SORENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| EMMETT COLLINS, III,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPUTY R. PECK; ALAMEDA COUNTY SHERIFF'S DEPUTY S. SORENSEN; DOES 1-25, Inclusive,<br><br>    Defendants. | Case No.: C08-02522 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPUTY RYAN PECK AND DEPUTY SCOTT SORENSEN** |

IT IS HEREBY STIPULATED by and between Plaintiff EMMETT COLLINS, III, and defendants DEPUTY RYAN PECK and DEPUTY SCOTT SORENSEN, by and through their counsel, that the above-captioned action be and hereby is voluntarily dismissed with prejudice pursuant to FRCP 41(a)(1), for the parties' mutual waiver of costs and attorneys' fees.

IT IS FURTHER STIPULATED by and between Plaintiff and Defendant COUNTY OF ALAMEDA, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to the Defendant COUNTY OF ALAMEDA pursuant to FRCP 41 (a)(2).

/

/

/

1

*Collins v. County of Alameda, et al.*/Case #C08-02522 MEJ
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants County of Alameda, Alameda County Sheriff's Deputy Ryan Peck And Deputy Scott Sorensen

1     The parties shall be responsible for their own court costs and attorney fees.

2 Dated: March 5, 2009

3                                 LAW OFFICES OF JOHN L. BURRIS

5                                 By:   \*/s/ John L. Burris

6                                         John L. Burris
                                        Attorneys for Plaintiff
                                        EMMETT COLLINS, III

7                                       \*Mr. Burris provided his verbal consent that this document be electronically filed

9 Dated: March 5, 2009

10                              HAAPALA, THOMPSON & ABERN, LLP

13                              By:   /s/ Clyde A. Thompson

14                                    Clyde A. Thompson
                                   Attorneys For Defendants
                                   COUNTY OF ALAMEDA, DEPUTY RYAN PECK and DEPUTY SCOTT SORENSON

## **ORDER**

18     The Court having considered the Stipulation of the parties, the entire action is hereby

19 dismissed with prejudice.   The Clerk of Court shall close the file.

20 Dated: March 5, 2009

                                        Honorable Maria-Elena James
                                        Magistrate Judge of The U. S. District Court

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570